## Commonwealth *v.* Thompson, Appellant.

Submitted December 2, 1974. *Elaine DeMasse* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tripp, Appellant.

Submitted December 6, 1974. *John J. Hovan,* for appellant; *James E. Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.